UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| KIMBERLY ADKINSON, | ) | |
| | ) | |
| *Plaintiff,* | ) | No. 4:22-cv-62 |
| | ) | |
| v. | ) | Judge Collier |
| | ) | |
| KROGER LIMITED PARTNERSHIP I, | ) | Magistrate Judge Lee |
| | ) | |
| *Defendant.* | ) | |

## JUDGMENT ORDER

On October 26, 2023, Plaintiff filed a notice of voluntary dismissal. (Doc. 21.) The Court interpreted this as a motion for dismissal by court order and issued an Order instructing Defendant to file an objection if it disagreed with Plaintiff's claims being dismissed without prejudice. (Doc. 22.) The time to object has passed and Defendant has not filed any objections with the Court. Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **TERMINATE** all pending motions as moot and **CLOSE** this matter.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 */s/ LeAnna R. Wilson*
 CLERK OF COURT